Order entered December 14, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01315-CV

### IN RE CRAIG WATKINS, Relator

On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-42330-S

## ORDER

The Court has before it real party in interest's November 29, 2012 motion for an extension of time to file his motion for en banc reconsideration. The Court **GRANTS** the motion and **ORDERS** the motion for en banc reconsideration tendered by real party in interest on November 29, 2012 be timely filed as of that date. The Court also has before it respondent's November 28, 2012 motion for en banc reconsideration. Both motions for en banc reconsideration are **DENIED**.

CAROLYN WRIGHT
CHIEF JUSTICE